Ex parte P. M. WYNN.

No. A-3891—Opinion Filed Dec. 7, 1920.

(193 Pac. 635.)

Application of P. M. Wynn for writ of habeas corpus to be let to bail. Leave granted to withdraw petition.

J. W. Barry, for petitioner.

PER CURIAM. This is an application for writ of habeas corpus to be admitted to bail, filed December 7, 1920. Leave granted to withdraw petition on the date the same was filed.